STATE OF NEW JERSEY v. ANTHONY PACILIO, JR.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY ST. CLAIRE.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOYCE L. PEARSON.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD T. PRIORE.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST CANNON.

February 27, 1987.

Petition for certification denied.